# United States Court of Appeals
## For the First Circuit

Nos. 04-1891; 04-1899

ERIC R. CRETE,

Plaintiff, Appellee/Cross-Appellant,

v.

City of Lowell,

Defendant, Appellant,

EDWARD DAVIS III, in his personal capacity and as Superintendent of the Lowell, Massachusetts Police Department; BRIAN J. MARTIN, in his official and personal capacities,

Defendants, Cross-Appellees,

STEPHEN CIAVOLA, in his official and personal capacities; TERRANCE KANE, in his personal capacity; RICHARD JOHNSON,

Defendants.

**JUDGMENT**

Entered: August 11, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment as to the section 1983 claim is affirmed. The district court's grant of summary judgment against the City of Lowell on the negligent hiring claim is vacated, and the matter is remanded to the district court with instructions to enter judgment for the City of Lowell. Costs are awarded to the City of Lowell.

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Rya W. Zobel and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Sharp, Mr. Hitchcock, Mr. Monahan, Ms. Callahan, Ms. O'Connor, Ms. Sheehy, Mr. Sweeney, Ms. McMahon, Mr. Nyman.]